UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GLENDA NELSON,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.

Case No. 4:22-cv-00400-RWS

*So Ordered*
*[signature] USDJ*
*7/8/2022*

## JOINT STIPULATION FOR DISMISSAL

COME NOW the Plaintiff and the Defendant, by and through their undersigned counsels, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and state that the above-captioned matter should be *dismissed with prejudice* with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**VOYTAS LAW, LLC**

By: /s/ Richard A. Voytas, Jr.
Richard A. Voytas, #52046
7321 S. Lindbergh Blvd., Suite 101
St. Louis, MO 63125
Phone: (314) 380-3166
Email: rick@voytaslaw.com

*Attorney for Plaintiff*

**MALONE FROST MARTIN PLLC**

By: /s/ Patrick A. Watts (w/ consent)
Patrick A. Watts, #61701
1200 S. Big Bend Blvd.,
St. Louis, MO 63117
Phone: (314) 669-5490
Email: pwatts@mamlaw.com

*Attorney for Defendant*